An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS AREVALO,
                    Appellant,
        vs.
CITY OF LAS VEGAS,
                    Respondent.

No. 68048

**FILED**

JUL 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying an appeal from a conviction entered in municipal court.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.        _____, J.
Gibbons                             Pickering

---

[1]Given this dismissal, we take no action on appellant's June 19, 2015, response to order to show cause.

15-20872

cc:    Hon. Rob Bare, District Judge
Chesnoff & Schonfeld
Las Vegas City Attorney
Las Vegas City Attorney/Criminal Division
Eighth District Court Clerk
Jesus Arevalo